# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Blackjewel, L.L.C., *et al.*, | ) Case No. 19-30289 |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| DAVID ENGELBRECHT, JOSIAH WILLIAMSTON and GREGORY MEFFORD on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) Adversary Proceeding No.: 19-ap-03002 |
| Plaintiffs, | ) |
| v. | ) ) |
| BLACKJEWEL, L.L.C. | ) ) |
| Defendant. | ) |

## SECOND STIPULATION AND AGREED ORDER

This matter came before the Court upon the *Class Action Adversary Proceeding Complaint* [Adv. Docket No. 1] and the *First Amended Class Action Adversary Proceeding Complaint* [Adv.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213). The headquarters for each of the Debtors is located at 1051 Main Street, Milton, West Virginia 25541-1215.

1

Docket No. 7] (together, the "Complaint") filed by the putative employee class action plaintiffs (the "Plaintiffs"); and Blackjewel, L.L.C. and its affiliated debtors and debtors-in-possession (collectively, the "Blackjewel Debtors," and with the Plaintiffs, the "Stipulating Parties") having filed the *Debtors' Motion to Stay Adversary Proceeding* (the "Motion") [Adv. Docket No. 9]; and the Plaintiffs having filed the *Plaintiffs' Opposition to Debtors' Motion to Stay* (the "Opposition") [Adv. Docket No. 13]; and the Court having entered the *Stipulation and Agreed Order* [Adv. Docket No. 17] between the Stipulating Parties to, among other things, extend the time by which the Blackjewel Debtors may move or otherwise plead in response to the Complaint until and including October 21, 2019; and the Stipulating Parties having been engaged in good faith negotiations to resolve the outstanding matters addressed in the Motion without Court intervention.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The Plaintiffs have agreed to extend the time by which the Blackjewel Defendants may move or otherwise plead in response to the Complaint until and including October 25, 2019.

2. The 14-day stay of effectiveness is waived.

[*Remainder of Page Intentionally Left Blank*]

Submitted by:

**SUPPLE LAW OFFICE, PLLC**

Joe M. Supple No. 8013
801 Viand St.
Point Pleasant, WV 25550
304-675-6249
joe.supple@supplelaw.net

– and –

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Stephen D. Lerner*
Stephen D. Lerner (admitted *pro hac vice*)
Nava Hazan (admitted *pro hac vice*)
Travis A. McRoberts (admitted *pro hac vice*)
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com
nava.hazan@squirepb.com
travis.mcroberts@squirepb.com

*Co-Counsel for the Blackjewel Defendants*

*/s/ Andrew S. Nason*
**PEPPER & NASON**
Andrew S. Nason
8 Hale Street
Charleston, WV 25301
Telephone: 304.346.0361
Facsimile: 304.346.1054
andyn@peppernason.com

**THE GARDNER FIRM, P.C.**
Mary E. Olsen
182 St. Francis Street, Unit 103
Post Office Drawer 3103
Mobile, AL 36652
Telephone: (251) 433-8100
molsen@thegardnerfirm.com

**LANKENAU & MILLER, LLP**
Stuart J. Miller
132 Nassau Street, Suite 423
New York, NY 10038
Telephone: (212) 581-5005
sjm@lankmill.com

*Co-Counsel for Plaintiffs*