# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE<br><br>BLACKJEWEL, L.L.C.,<br>BLACKJEWEL HOLDINGS, L.L.C.,<br>REVELATION ENERGY HOLDINGS, LLC<br>REVELATION ENERGY, LLC<br>REVELATION MANAGEMENT CORP.,<br>DOMINION COAL CORPORATION,<br>HAROLD KEENE COAL CO. LLC,<br>VANSANT COAL CORPORATION,<br>LONE MOUNTAIN PROCESSING, LLC,<br>POWELL MOUNTAIN ENERGY, LLC,<br>CUMBERLAND RIVER COAL LLC,<br><br>*Administratively Consolidated*<br><br>      Debtors-in-Possession. | CASE NO. 3:19-BK-30289<br>CASE NO. 3:19-BK-30290<br>CASE NO. 3:19-BK-30291<br>CASE NO. 3:19-BK-30292<br>CASE NO. 3:19-BK-30293<br>CASE NO. 3:19-BK-30323<br>CASE NO. 3:19-BK-30324<br>CASE NO. 3:19-BK-30325<br>CASE NO. 3:19-BK-30326<br>CASE NO. 3:19-BK-30327<br>CASE NO. 3:19-BK-30328<br><br>CHAPTER 11<br><br>JUDGE FRANK W. VOLK |
| IN RE<br><br>DAVID ENGELBRECHT, *on behalf of himself and all others similarly situated,*<br>JOSIAH WILLIAMSON, *on behalf of themselves and all others similarly situated,*<br>GREGORY MEFFORD, *oh behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>BLACKJEWEL, LLC,<br><br>Defendant | ADVERSARY PROCEEDING NO.<br>3:19-ap-3002 |

| | |
|---|---|
| IN RE<br><br>SHAWN ABNER, *Individually and on behalf of others similarly situated,*<br>JACOB HELTON, *Individually and on behalf of others similarly situated,*<br>BILLY HATTON, *Individually and on behalf of others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>BLACKJEWEL, L.L.C.,<br>REVELATION ENERGY, LLC,<br>LEXINGTON COAL CO., LLC,<br>JEFF HOOPS, SR.,<br>JEFFERS A. HOOPS, II<br><br>Defendants | ADVERSARY PROCEEDING NO. 3:19-ap-3003 |
| IN RE<br><br>WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERYN EMERY, *Acting Director, Division of Water and Waste Management, West Virginia Department of Environmental Protection,*<br>HAROLD D. WARD, *Director, Division of Mining and Reclamation, West Virginia Department of Environmental Protection,*<br>REVELATION ENERGY, LLC,<br><br>Defendants | ADVERSARY PROCEEDING NO. 3:20-ap-3002 |

## ORDER

For reasons appearing to the Court, it is **ORDERED** that the above-styled matters -- being the entirety of the matters contemplated by the May 22, 2020, Order entered by the Honorable Roger L. Gregory, Chief Judge of the United States Court of Appeals for the Fourth Circuit, for ultimate referral to the Honorable Benjamin A. Kahn, United States Bankruptcy Judge -- be reassigned by the Clerk to another Article III judicial officer in this District for all further proceedings.

**ENTER**: May 22, 2020



Frank W. Volk
United States District Judge